371 A.2d 1302

Cooper et ux. v. Agerter, Appellant.

Argued November 11, 1976. John E. Hall, with him David H. Patterson, for appellant; Emilio

620

P. Fastuca, with him Tobias, Viola & Fastuca, for appellees.

Order affirmed.

JACOBS, J., dissents.

VAN der VOORT, J., did not participate in the consideration or decision of this case.